UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
SEP 20 2010
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:

JAMES ALLEN SHERROD,　　　　　　　　Case No. 6:09-bk-014285-ABB
　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor.
_____/

ROBERT SIEMER and
LINDA SIEMER,

　　　Plaintiffs,　　　　　　　　　　　　Adv. Pro. No. 6:10-ap-00002-ABB

vs.

JAMES ALLEN SHERROD,

　　　Defendant.
_____/

## JUDGMENT

This matter came before the Court on the Complaint (Doc. No. 1) filed by the Plaintiffs Robert Siemer and Linda Siemer against the Defendant/Debtor James Allen Sherrod pursuant to 11 U.S.C. Sections 523(a)(2)(A), 523(a)(4), and 523(a)(6). The final evidentiary hearing was held on September 2, 2010. After reviewing the pleadings and evidence, hearing live testimony and argument, and in conformity with and pursuant to the **Memorandum Opinion and Order** entered contemporaneously herewith, it is

**ORDERED, ADJUDGED and DECREED** that the relief sought in the Plaintiffs' Complaint is hereby **DENIED** and **JUDGMENT** is hereby entered in favor of the Defendant/Debtor James Allen Sherrod and against the Plaintiffs Robert Siemer and Linda Siemer; and it is further

**ORDERED, ADJUDGED and DECREED** that any and all debts owed by the Defendant/Debtor James Allen Sherrod to the Plaintiffs Robert Siemer and Linda Siemer are **DISCHARGEABLE** pursuant to 11 U.S.C. Sections 523(a)(2)(A), 523(a)(4), and 523(a)(6) and are hereby **DISCHARGED**.

Dated this 20th day of September, 2010.

ARTHUR B. BRISKMAN
United States Bankruptcy Judge